# United States District Court

FILED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**GABRIEL SOTO-MAGANA,**
a/k/a JOEL ADRIAN GONZALEZ CRUZ,
a/k/a JOEL ADRIAN GONZALEZ

Venue: SAN FRANCISCO

## CRIMINAL COMPLAINT

CASE NUMBER: 3 08 70091 MEJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 22, 2006 in Sonoma County, in the Northern District of California defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a Special Agent with the Diplomatic Security Service and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested:     ☒ Yes  ☐ No
Bail Amount: N/A

_____
Signature of Complainant, William Alfano

Sworn to before me and subscribed in my presence,

February 20, 2008                        at San Francisco, California
Date                                     City and State

**Maria-Elena James**
**United States Magistrate Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT            )
                                        ) ss. AFFIDAVIT
NORTHERN DISTRICT OF CALIFORNIA         )


AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
GABRIEL SOTO-MAGANA, a/k/a JOEL ADRIAN GONZALEZ CRUZ,
a/k/a JOEL ADRIAN GONZALEZ, WITH VIOLATING 18 U.S.C. § 1542,
FALSE STATEMENT IN APPLICATION AND USE OF PASSPORT


I, William Alfano, do swear and affirm as follows:

## Purpose

This affidavit establishes probable cause to arrest GABRIEL SOTO-MAGANA for False Statement in Application and Use of a Passport, in violation of 18 U.S.C. § 1542. GABRIEL SOTO-MAGANA is alleged to have applied for a United States passport in the false name of JOEL ADRIAN GONZALEZ CRUZ. This affidavit does not contain every fact, piece of information or evidence concerning this alleged violation.

## Affiant Background

I am a Special Agent employed by the United States Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve warrants. I have a bachelor's degree from the University of California at Berkeley, and I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since September 2006, and have received and receive on an ongoing basis, training in the laws, rules and regulations concerning passports.

## Relevant Statute

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure

the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisoned not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Case Facts and Evidence**

1. On November 22, 2006, the defendant purporting to be Joel Adrian GONZALEZ CRUZ, submitted an application for a United States passport at a Post Office in Santa Rosa, which is located in the Northern District of California. Along with the passport application, the defendant submitted a California Driver's license (#D5622220) as proof of identity and a Puerto Rico birth certificate (#D050483) as proof of United States citizenship. During the processing of this application, it was identified as possibly being submitted by an imposter and was referred to DSS for criminal investigation. This application was referred to DSS for criminal investigation because of the presence of fraud indicators. Two letters were subsequently sent from the Passport Agency requesting additional information, which were never answered. A review of this application and other State Department records disclosed that this person submitted a photograph, and that he listed the following information:

Name: JOEL ADRIAN GONZALEZ CRUZ
Birth date: XX/XX/1985
Place of birth: Utuado, Puerto Rico
Mother's Name: Not listed – Applicant wrote Joel Adrian Gonzalez in this space
Mother's Place of Birth: Applicant wrote Puerto Rico in this space
Father's Name: Justiniano Gonzalez
Father's Place of Birth: San Juan, Puerto Rico
Social Security Number: Last four digits 3943
California Driver's License: D5622220

2. On November 14, 2007, the Department of Homeland Security Biometric Support Center – West ("BSC – West") conducted a search through the Federal Bureau of Investigation Integrated Automated Fingerprint Identification System (IAFIS) database using the defendant's right thumbprint from the California driver's license (#D5622220). DHS BSC – West identified that the print belongs to Gabriel SOTO-MAGANA, FBI #2981PC4, born in Mexico.

3. Also on November 14, 2007, your affiant obtained a Sonoma County Sheriff's Department arrest report which confirmed the defendant was arrested on December 03, 2006, in Santa Rosa, California, for providing False Information to a Peace Officer. During the arrest, the defendant informed the arresting officers that he purchased identification documents for Joel Adrian GONZALEZ CRUZ in Redwood City, California, for $2,000. During the investigative detention, the defendant also informed the officers that his true name is Gabriel SOTO-MAGANA born in Mexico in 1984. In a comparison of the Sonoma County Sheriff's Department booking photo of

2

Gabriel SOTO-MAGANA to the person in the photograph submitted as part of the passport application for Joel Adrian GONZALEZ CRUZ, your affiant believes the two photographs bear significant physical resemblance.

**Conclusion**

I respectfully submit that the above presented facts establish probable cause to believe that Gabriel Soto-Magana, a/k/a Joel Adrian Gonzalez Cruz, a/k/a Joel Adrian Gonzalez, did knowingly and willfully make a false statement in connection with an application for a United States Passport at a Santa Rosa Post Office, and did so for the purpose of securing the unlawful issuance of a United States Passport, in that the defendant falsely represented himself to be an individual born in Puerto Rico, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport, while in the Northern District of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

William Alfano
Diplomatic Security Service
U.S. Dept. of State

SUBSCRIBED AND SWORN BEFORE ME
On February 20, 2008

The Honorable Maria Elena James
US Magistrate Judge
Northern District of California

3